Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS







IN THE INTEREST OF


CHRISTIAN TAYLOR HUGHES,


A MINOR CHILD.
§


 


§


 


§


 


§


 


§



§

No. 08-07-00309-CV



Appeal from


 383rd District Court


of El Paso County, Texas


(TC # 2003CM3036)




MEMORANDUM OPINION



 Pending before the Court is Appellant's motion to dismiss this appeal pursuant to
Tex.R.App.P. 42.1(a)(1) because Appellant no longer desires to prosecute the appeal. Appellees do
not object to dismissal of the appeal. We grant the motion and dismiss the appeal. Further, we deny
as moot Appellant's motion for extension of time to file his brief. Costs are assessed against
Appellant. See Tex.R.App.P. 42.1(d).


October 7, 2009 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Rivera, JJ.